UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CALVIN MAYES #233399                        CIVIL ACTION NO. 25-cv-558 SEC P

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

BOSSIER MAXIMUM CORRECTIONAL                MAGISTRATE JUDGE HORNSBY
FACILITY ET AL

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motions to Dismiss (Docs. 15 & 16) filed by the defendants are **GRANTED** and that all claims against all defendants are **DISMISSED** for failure to state a claim on which relief may be granted.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 28th day of April, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE